David N. Chandler, Sr.  SBN 60780
David N. Chandler, Jr.  SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone:  (707) 528-4331

Attorneys for Owens Trust
and Vestin Mortgage

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                              Case No. 08-12206

LOHREY ENTERPRISES, INC.            Chapter 7

_____Debtor._____/

OWEN TRUST, VESTIN              A.P. No.
MORTGAGE, INC., a Nevada
Corporation,

        Plaintiffs,

v.

RICHARD SCHWALBE, TRUSTEE,
PODIUM FINANCIAL GROUP, INC.,   COMPLAINT TO DETERMINE NATURE
LOHREY INVESTMENTS, LLC,        AND EXTENT OF INTERESTS IN
                                MACHINERY, EQUIPMENT AND
_____Defendants._____/  FIXTURES_____

        Plaintiffs allege:

        1.    That the above entitled Court has jurisdiction over the within matter pursuant to 28 U.S.C. Section 1334.

        2.    The within proceeding is a core matter pursuant to 28 U.S.C. Section 157(b)(2)(A), (B), (K) and (O).

        3.    Plaintiff Vestin Mortgage, Inc., herein referred to as "Vestin", is a Nevada corporation in good standing.

        4.    Plaintiff Owens Trust, herein referred to as "Owens" is a trust formed under the laws of the State of California and acting under the authority of William C. Owens, Trustee.

        5.    Defendant Richard Schwalbe is the duly appointed, qualified and acting Chapter 7 Trustee, herein referred to as "Trustee".

        6.    Lohrey Enterprises, Inc., herein referred to as "Enterprises" is a California Corporation and the Debtor herein. Said corporation did business at 8190 Murray Ave., Gilroy, CA under

of
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331

the ficticious name of *West Coast Linen*.

7. Defendant Lohrey Investments, LLC, herein referred to as "Investments" is a California Limited Liability Company with its primary place of business at 8190 Murray Ave., Gilroy, CA.

8. Defendant Lohrey Investments, LLC is the fee owner of the real property located at 8190 Murray Ave., Gilroy, CA.

9. At all times herein mentioned, Defendant Lohrey Investments, LLC was the owner of the laundry equipment, machinery, and trade fixtures located at 8190 Murray Ave., Gilroy, CA.

10. Plaintiff Vestin holds the following valid and perfected security interests in property, real and personal, of Investments:

a. Real property located at 8190 Murray Ave., Gilroy, CA pursuant to Deed of Trust recorded June 19, 2006, Instrument No. 19025440 of Official Records;

b. Fixtures located at 8190 Murray Ave., Gilroy, CA perfected by fixture filing June 19, 2006; and

c. Personal property equipment, machinery, inventory, intangibles utilized in the business operated at 8190 Murray Ave., Gilroy, CA perfected by filing of UCC-1.

11. Plaintiff Owens holds the following valid and perfected security interests in property, real and personal, of Investments:

a. Real property located at 8190 Murray Ave., Gilroy, CA pursuant to a subordinated Deed of Trust recorded September 11, 2003, Instrument No. 17341286 Official Records, a subordinated Deed of Trust recorded December 2, 2003, Instrument No. 17552609 Official Records, a subordinated Deed of Trust recorded December 2, 2003, Instrument No. 17552609 Official Records, a subordinated Deed of Trust recorded April 1, 2004, Instrument No. 17692549 Official Records, a subordinated Deed of Trust recorded December 22, 2004, Instument No. 18158175 Official Records, a subordinated Deed of Trust recorded April 28, 2005, Instrument No. 18344132 Official Records;

b. Fixtures located at 8190 Murray Ave., Gilroy, CA perfected by subordinated fixture filing;

Law Offices of
**David N. Chandler, p.c.**
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331

Case: 09-01001   Doc# 1   Filed: 01/07/09   Entered: 01/07/09 20:25:28   Page 2 of 6

2

c. Equipment, furniture, machinery, intangibles used in or related to the business conducted at 8190 Murray Ave., Gilroy, CA and perfected by subordinated UCC-1.

12. Plaintiff Owens is a party secured by personal property, equipment, inventory and intangibles of Enterprises and is perfected by a UCC-1.

FIRST CLAIM FOR RELIEF

(Determination of Nature and Extent of Interest of Estate)

13. Plaintiffs contend that the personal property equipment, machinery, furniture and fixtures is property of Investments and not the property of the within estate.

14. Said personal property and fixtures were purchased utilizing funds borrowed by Investments from Plaintiffs herein.

15. Investments, Enterprises and David and Harmony Lohrey specifically and in writing represented to the Plaintiffs that the fixtures, equipment and machinery utilized in the business operated at 8190 Murray Ave., Gilroy, CA was vested in Investments and pledged to the Plaintiffs as collateral for the loans made by Plaintiffs.

16. Enterprises represented that it was the tenant in possession of the real and personal property located at the premises located at 8190 Murray Ave., Gilroy, CA and acknowledged assignment of the lease interest as collateral to the Plaintiffs.

17. The bankruptcy estate of Enterprises is a tenant in possession of the said premises and, at all relevant times, owned no interest in the equipment, machinery, inventory or fixtures located at 8190 Murray Ave., Gilroy, CA.

18. The machinery, equipment, furniture and fixtures located at 8190 Murray Ave., Gilroy, CA is not property of the within estate and is not subject to administration by Defendant Trustee.

SECOND CLAIM FOR RELIEF

(Determination of Nature and Extent of Interest in Fixtures)

19. Plaintiffs hold a valid, senior and perfected interest in

Law Offices of
**David N. Chandler, p.c.**
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331

fixtures and trade fixtures located at 8190 Murray Ave., Gilroy, CA.

20. Defendants, and each of them, hold no interest in such fixtures and trade fixtures senior to the interest of the Plaintiffs herein.

21. Said fixtures and trade fixtures are not property of the estate.

THIRD CLAIM FOR RELIEF

(Determination of Nature and Extent of Interest in Machinery and Equipment)

22. Plaintiffs hold a valid, senior and perfected interest in machinery and equipment of the laundry operated at 8190 Murray Ave., Gilroy, CA.

23. Defendants, and each of them, hold no interest in such machinery and equipment senior to the interest of the Plaintiffs herein.

24. Said machinery and equipment are not property of the estate.

FOURTH CLAIM FOR RELIEF

(Turnover)

25. Defendant Trustee has constructive possession of the machinery, equipment, fixtures and trade fixtures in which Plaintiffs hold a valid senior interest.

26. Said property is not property of the estate and the estate has no interest therein.

27. Plaintiffs are entitled to immediate possession of the said personalty pursuant to Article 9 of the California Commercial Code.

28. Defendant Trustee is required to immediately turnover possession of said personal property collateral to the Plaintiffs.

FIFTH CLAIM FOR RELIEF

(Injunctive Relief)

29. The value of the collateral is directly related to maintaining same as an operational laundry which provides a

Law Offices of
**David N. Chandler, p.c.**
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331

commercial service, local tax base and employment.

30. Defendant Trustee may attempt to sell the collateral in individual lots free and clear of liens. Such a sale will cause irreparable damage to the real property collateral of the Plaintiffs as well as the personal property collateral.

31. Unless the Trustee is restrained and enjoined from such sale of the collateral, Plaintiffs will suffer irreparable harm.

32. Defendant Trustee should be restrained from such sale of the collateral until such time as the within complaint can be decided on its merits.

WHEREFORE, Plaintiffs pray judgment as to Defendants, and each of them, as follows:

1. That title to the machinery, equipment, furniture, inventory and fixtures be determined to be vested in Lohrey Investments, LLC;

2. That the machinery, equipment, furniture, inventory and fixtures be determined not to be property of the within estate and subject to administration by the Defendant Trustee;

3. That the fixtures and trade fixtures be determined to be subject to valid and perfected security interests of the Plaintiffs herein;

4. That the machinery, equipment, inventory, and furniture be determined to be subject to valid and perfected security interests of the Plaintiffs herein;

5. That the Defendant Trustee be directed to turnover possession of the machinery, equipment, inventory, fixtures and furniture to the Plaintiffs;

6. That a temporary restraining order, preliminary injunction and permanent injunction issue as to the Defendant Trustee in attempting to sell the collateral of the Plaintiffs free and clear of their liens or interests;

7. For costs of suit incurred herein;

Law Offices
of
David N Chandler, p 3
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331

8. For reasonable attorneys fees as provided in the respective loan documents; and

9. For such other and further relief as the Court deems just and proper.

Dated: 1/7/09 DAVID N. CHANDLER, p.c.

By: /s/ David N. Chandler
DAVID N. CHANDLER,
Attorney for Owens Trust
And Vestin Mortgage

Law Offices
of
David N Chandler, p.c.
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331